# United States Court of Appeals
# for the Fifth Circuit

————————————

No. 23-50083
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Adolph Gamez, Jr.,

*Defendant—Appellant*,

CONSOLIDATED WITH

————————————

No. 23-50084

————————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Leonel Fajardo-Ruiz,

*Defendant—Appellant*.

No. 23-50083
c/w No. 23-50084

—————————————————————————

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:22-CR-667-1, 4:22-CR-650-1

—————————————————————————

Before HIGGINBOTHAM, STEWART, and SOUTHWICK, *Circuit
Judges*.

PER CURIAM:[*]

Leonel Fajardo-Ruiz[1] appeals his conviction and sentence for illegal reentry after removal under 8 U.S.C. § 1326(a) and (b)(2), as well as the order revoking a term of supervised release he was serving for a prior offense. He has not briefed, and has thus waived, any challenge to the revocation of supervised release or to his revocation sentence. *See United States v. Reagan*, 596 F.3d 251, 254–55 (5th Cir. 2010). In his sole issue on appeal, Fajardo-Ruiz contends that Section 1326(b) is unconstitutional because it allows a sentence above the otherwise applicable statutory maximum based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. He has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and conceding correctly that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Fajardo-Ruiz's motion is GRANTED, and the district court's judgments are AFFIRMED.

—————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

[1] Although No. 23-50083 lists the Appellant's name as Adolph Gamez, Jr., his counsel and the presentence report indicate that his true name is Leonel Fajardo-Ruiz.